| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Thomas Jeremy McCree, | : | |
| a/k/a Thomas J. McCree, | : | CASE NO.: 5:25-bk-03056 |
| a/k/a Thomas McCree, | : | |
| and Kalah Janae McCree, | : | |
| a/k/a Kalah J. McCree, | : | |
| a/k/a Kalah McCree, | : | |
| Debtors | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Thomas Jeremy McCree,** and | : | |
| **Kalah Janae McCree** | : | |
| Movants, | : | |
| v. | : | Motion to |
| | : | Approve Loan Modification |
| NewRez LLC d/b/a Shellpoint | : | |
| Mortgage Servicing, | : | |
| Respondent, | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF MAILING:**
**MOTION TO APPROVE LOAN MODIFICATION**

I hereby certify that on April 21, 2026, I caused to be served by first class mail, postage prepaid, true and correct copies of the foregoing **Motion to Approve Loan Modification** in the above referenced case on creditors listed on the attached mailing matrix, excluding the Office of the US Trustee and the Trustee, who were served through CM/ECF system.

**NEWMAN WILLIAMS, P.C.**

By:  /s/ Robert Kidwell
Robert Kidwell, Esquire
Attorney for Debtor
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com

Label Matrix for local noticing
0314-5
Case 5:25-bk-03056-MJC
Middle District of Pennsylvania
Wilkes-Barre
Mon Apr 20 16:05:51 EDT 2026

NewRez LLC d/b/a Shellpoint Mortgage Servici
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

AFFIRM INC.
650 CALIFORNIA STREET FLOOR 12
SAN FRANCISCO, CA 94108-2716

AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE, FL 33329-7871

APPLE CARD - GS BANK USA
GOLDMAN SACHS BANK
LOCKBOX 6112 PO BOX 7247
PHILADELPHIA, PA 19170-6112

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

CESC-Covid EIDL Service Ctr
14925 Kingsport Road
Fort Worth, TX 76155-2243

COMENITYCB/MYPLACERWDS
PO BOX 182120
COLUMBUS, OH 43218-2120

CREDIT ONE BANK
PO BOX 98875
LAS VEGAS, NV 89193-8875

DISCOVER
PO  BOX 30939
SALT LAKE CITY, UT 84130-0939

DISCOVER CARD
PO BOX 30939
SALT LAKE CITY, UT 84130-0939

EMERGENCY PHYS ASSOCIATES OF PENNSYLVANIA PC
PO Box 1123
Minneapolis, MN 55440-1123

HNL LAB MEDICINE
PO BOX 789581
PHILADELPHIA, PA 19178-9581

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MINIMED DISTRIBUTION CORP
13019 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0130

NAVY FEDERAL CREDIT UNION
PO BOX 3700
MERRIFIELD, VA 22119-3700

NISSAN MOTOR ACCEPTANCE CORP
BANKRUPTCY DEPT
PO BOX 660366
DALLAS, TX 75266-0366

Navy federal Credit Union
P.O. BOX 3000
MERRIFIELD, VA 22119-3000

NewRez LLC d/b/a Shellpoint Mortgage Servici
P.O. Box 10826
Greenville, SC 29603-0826

Newrez LLC d/b/a Shellpoint Mortgage Servici
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Nissan Motor Acceptance Corp.
c/o Nissan Motor Acceptance Company LLC
fka Nissan Motor Acceptance Corporation
PO Box 9013
Addison, Texas 75001-9013

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

SHELLPOINT MORTGAGE SERVICING
PO BOX 60535
CITY OF INDUSTRY, CA 91716-0535

TELECOM SELF-REPORTED
PO BOX 4500
ALLEN, TX 75013-1311

(p)TFI GROUP LLC
ATTN NATALIE YOVIENE
PO BOX 1168
HAMBURG NY 14075-9168

UTILITY SELF-REPORTED
PO BOX 4500
ALLEN, TX 75013-1311

| | | |
|---|---|---|
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br>DES MOINES, IA 50306-0335 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Kalah Janae McCree<br>2211 Campaniel Court<br>East Stroudsburg, PA 18301-7718 | Robert J Kidwell III<br>Newman Williams<br>712 Monroe Street<br>Stroudsburg, PA 18360-2131 | Thomas Jeremy McCree<br>2211 Campaniel Court<br>East Stroudsburg, PA 18301-7718 |
| Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | TFI Group LLC<br>PO Box 1168<br>Hamburg, NY 14075 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36